## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Green, Betty Davis | Case Number:  06 B 00090 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  3/4/08 | Filed:  1/5/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Completed - No Disch:  February 28, 2008

Confirmed:  February 21, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 21,879.32 | |
| Secured: | | 0.00 |
| Unsecured: | | 17,378.78 |
| Priority: | | 0.00 |
| Administrative: | | 3,000.00 |
| Trustee Fee: | | 1,146.92 |
| Other Funds: | | 353.62 |
| Totals: | 21,879.32 | 21,879.32 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 3,000.00 |
| 2. | B-Line LLC | Unsecured | 3,521.33 | 3,521.33 |
| 3. | Portfolio Recovery Associates | Unsecured | 5,069.92 | 5,069.92 |
| 4. | B-Line LLC | Unsecured | 5,104.47 | 5,104.47 |
| 5. | Oliphant Financial Corporation | Unsecured | 2,638.08 | 2,638.08 |
| 6. | Jefferson Capital | Unsecured | 740.57 | 740.57 |
| 7. | United Collection Bureau Inc | Unsecured | 304.41 | 304.41 |
| 8. | Jefferson Capital | Unsecured | | No Claim Filed |
| 9. | Newport News | Unsecured | | No Claim Filed |
| 10. | Chicago Central | Unsecured | | No Claim Filed |
| 11. | First USA | Unsecured | | No Claim Filed |
| 12. | Fingerhut | Unsecured | | No Claim Filed |
| 13. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 14. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 15. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| 16. | I C Systems Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 20,378.78 | $ 20,378.78 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 118.25 |
| 5% | 63.69 |
| 4.8% | 100.19 |
| 5.4% | 864.79 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Green, Betty Davis

Printed:  3/4/08

Case Number:  06 B 00090
Judge:  Goldgar, A. Benjamin
Filed:  1/5/06

_____
$ 1,146.92

Based on the above information, the trustee requests that the court enter an order discharging
the trustee, releasing the trustee's surety from liability for actions relating to the above
proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

